[No. 14137-0-II.   Division Two.   February 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER
KNOWLES CLOCKSIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 199359R040, Paul M. Boyle, J. Pro Tem., entered

June 18, 1990. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Morgan, J.